**Expedited hearing shall be held on 2/25/2025 at 01:30 PM in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 14, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 24-70194 |
| ACACIA OPERATING COMPANY, LLC § | | |
| § | | Chapter 7 |
| Debtor. § | | |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING ON TRUSTEE'S MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY LEASES PURSUANT TO 11 U.S.C. § 365(d)(1)

Before the Court is the *Trustee's Motion for Expedited Hearing* (the "Expedited Motion") on his *Motion to Extend Deadline to Assume or Reject Executory Lease Pursuant to 11 U.S.C. § 365(d)(1)* (the "Motion"), which was filed by the Ron Satija, the Chapter 7 Trustee on February 11, 2025. Having considered the relief requested in the Motion, the Court finds it should be **GRANTED**. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

2 | P a g e

**ORDERED** that the *Trustee's Motion to Extend Deadline to Assume or Reject Executory Lease Pursuant to 11 U.S.C. § 365(d)(1)* is set for hearing at the date and time listed at the top of this Order.

### # # # END OF ORDER # # #

*Order Prepared By:*

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 2407931
7600 Burnet Road, Suite 530
Austin, TX 78757
Phone/Fax: (737) 881-7100
cshelton@haywardfirm.com

*Proposed Counsel for the
Chapter 7 Trustee, Ron Satija*