

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: March 27, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 24-70194 |
| ACACIA OPERATING COMPANY, LLC | § | |
| | § | Chapter 7 |
| Debtor. | § | |

ORDER GRANTING TRUSTEE'S MOTION TO MAINTAIN DEBTOR'S INSURANCE COVERAGE, INCUR DEBT, ASSUME EXECUTORY CONTRACTS, AND WAIVE THE 14-DAY STAY OF RULE 6004

CAME ON to be considered the motion of Ron Satija, Chapter 7 Trustee (the "Trustee") to maintain the Debtor's insurance coverage, incur post-petition debt to finance insurance premiums, and assume executory contracts related to such insurance policies and premium financing agreements and for other related relief (the "Motion"). The Court, having considered the motion, grants it as follows. It is therefore ORDERED that:

1. The Trustee is authorized to maintain the existing insurance coverage and pay any related obligations, including under the AFCO premium financing agreement and reimbursement for payments previously paid.

2. The Trustee is authorized to incur post-petition debt to finance premiums under Section 364 of the Bankruptcy Code.

3. The Trustee is authorized to renew, supplement, or purchase new insurance policies as necessary.

It is further ORDERED that the 14-day stay of Bankruptcy Rule 6004 is waived, and this order is effective upon entry.

###END OF ORDER###

Submitted by:
Ron Satija
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757
Phone/Fax: (737) 881-7102
rsatija@haywardfirm.com
Counsel for the Chapter 7 Trustee

