IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>ACACIA OPERATING COMPANY, LLC<br><br>Debtor. | Chapter 7<br><br>24-70194 (SMR) |

**NOTICE OF REVISED PROPOSED FORM OF ORDER**

COMES NOW Ron Satija, Chapter 7 Trustee (the "Trustee") and files this *Notice of Revised Proposed Form of Order* (the "Notice"). On or about May 7, 2025, the Bureau of Land Management, through its counsel Steven Bass, asserted an informal objection to the proposed form of order for the *Motion for Entry of Order (I) Approving Stipulation and (II) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)* (the "Motion") (Docket No 39). On May 13, 2025, the Trustee received proposed revisions that would resolve the informal objection, to which the Trustee has agreed. Accordingly, the Trustee hereby provides Notice of the proposed revised form of order, a redlined copy of which is attached hereto as **Exhibit A**.

Additionally, a clean (non-redline) version of the revised form of order has been uploaded to the Court's order upload system.

Dated: May 15, 2025

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for the Chapter 7 Trustee***

2 | P a g e

## CERTIFICATE OF SERVICE

    The undersigned certifies that on May 15, 2025, a true and correct copy of the foregoing was served via CM/ECF to all parties requesting service thereby as reflected on the attached matrix and was served within one business day thereof via U.S. First Class Mail to any parties so required.

| | |
|---|---|
| Ron Satija, Chapter 7 Trustee<br>PO Box 660208<br>Austin, TX 78766 | US Trustee<br>901 San Jacinto, Ste. 230<br>Austin, TX 78701 |
| BRANDON JOHN TITTLE<br>TITTLE LAW GROUP, PLLC<br>5550 GRANITE PKWY SUITE 220<br>PLANO, TX 75024 | ACACIA OPERATING COMPANY, LLC<br>505 N. BIG SPRING ST. STE. 303<br>MIDLAND, TX 79701 |

**NOTICE OF REVISED PROPOSED FORM OF ORDER**

2 | P a g e

```
Label Matrix for local noticing          Acacia Operating Company, LLC            U.S. BANKRUPTCY COURT
0542-7                                   PO Box 1110                              903 San Jacinto Blvd, Suite 322
Case 24-70194-smr                        Boerne, TX 78006-1110                    Austin, TX 78701-2450
Western District of Texas
Midland
Thu May 15 15:21:23 CDT 2025

Blue Cross Blue Shield                   Bureau of Land Management                Central Valley Electric Cooperative, Inc.
P.O. Box 650615                          Roswell Field Office                     P.O. Box 230
Dallas, TX 75265-0615                    2909 W 2nd Street                        Lovington, NM 88260
                                         Roswell, NM 88201-1287


Chisos, Ltd.                             Cibolo COG Operating LLC                 Cibolo Energy Resources
c/o Holland & Hart LLP                   c/o Holland & Hart LLP 1                 P.O. Box 1110
110 N Guadalupe St #1                    10 N Guadalupe St #1                     Boerne, TX 78006-1110
Santa Fe NM 87501-1849                   Santa Fe NM 87501


Colorado Waterston Concho Oil & Gas LLC  ConocoPhillips Company                   DOI, Bureau of Land Management, New Mexico
c/o Holland & Hart LLP                   c/o Holland & Hart LLP                   755 Parfet Street. Suite 151
110 N Guadalupe St #1                    110 N Guadalupe St #1                    Lakewood, CO 80215-5599
Santa Fe NM 87501-1849                   Santa Fe NM 87501-1849


EP&S, LLC                                Frontier Field Services, LLC             GSM Oilfield Services, Inc.
P.O. Box 1468                            10077 Grogan's Mill Rd., Ste. 300        P.O. Box 50790
Eunice, NM 88231-1468                    Spring, TX 77380-1032                    Amarillo, TX 79159-0790


Guardian                                 InSource Insurance Group, LLC            Independent Well Services
P.O. Box 981590                          901 W. Wall Street, Ste. 200             P.O. Box 557
El Paso, TX 79998-1590                   Midland, TX 79701-6698                   Artesia, NM 88211-0557


Independent Well Services, LLC           Internal Revenue Service                 L & F Oilfield Services, LLC
PO Box 557                               Centralized Insolvency Operation         49 Falcon Rd.
Artesia, NM 88211                        P. O. Box 7346                           Lovington, NM 88260-9760
Artesia, NM 88211-0557                   Philadelphia, PA 19101-7346


Lea County Electric                      Lea County Electric Cooperative          Marquis R. Gilmore, Jr.
1300 W. Avenue D                         1300 W Ave D Lovington NM 88260          1022 Fabra Street
Lovington, NM 88260-3806                                                          Boerne, Texas 78006


Martindale Consulting                    Midland Central Appraisal District       Midland County
4100 Perimeter Center Dr., Ste. 300      c/o Julie Parsons                        c/o Laura J. Monroe
Oklahoma City, OK 73112-2311             P.O. Box 1269                            Perdue, Brandon, Fielder, Collins & Mott
                                         Round Rock, TX 78680-1269                PO Box 817
                                                                                  Lubbock, TX 79408-0817


New Mexico Land Office                   New Mexico Oil Conservation Division     New Mexico State Land Office
P.O. Box 1148                            1220 S. St. Francis Drive                c/o Lynn Hamilton Butler
Santa Fe, NM 87504-1148                  Santa Fe, NM 87505-4225                  Husch Blackwell LLP
                                                                                  111 Congress Ave #1400
                                                                                  Austin TX 78701-4093
```

| | | |
|---|---|---|
| Omega Automation, LLC<br>P.O. Box 769<br>Hobbs, NM 88241-0769 | Precision Pump & Supply<br>P.O. Box 115<br>Loco Hills, NM 88255-0115 | Q2 Artificial Lift<br>P.O. Box 206860<br>Dallas, TX 75320-6860 |
| Red Bird LP Gas Co., Inc.<br>P.O. Box 1291<br>Eunice, NM 88231-1291 | Robert Stitzel<br>4512 Cardinal Lane<br>Midland, TX 79707-2203 | Smith Welding<br>005 E. 17th St.<br>Roswell, NM 88201 |
| The Supply Store Inc.<br>132445 Lovington Highway<br>Loco Hills, NM 88255 | United States Trustee - MD12<br>US Trustee's Office<br>230 Homer Thornberry Judicial Bldg.<br>903 San Jacinto Blvd.<br>Austin, TX 78701-2450 | Brandon John Tittle<br>Tittle Law Firm, PLLC<br>1125 Legacy Dr.<br>Suite 230<br>Frisco, TX 75034-1942 |
| Ron Satija<br>PO Box 660208<br>Austin, TX 78766-7208 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     0<br>Total                  39 | |