**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | 24-70194 (SMR) |
| Debtor. | |

**TRUSTEE'S LIMITED OBJECTION AND RESPONSE TO THE STATE OF NEW MEXICO'S MOTION TO DETERMINE INAPPLICABILITY OF THE AUTOMATIC STAY**

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE:

COMES NOW Ron Satija, in his capacity as Chapter 7 trustee (the "Trustee"), the duly appointed and acting Trustee of the estate of the above-captioned debtor, Acacia Operating Company, LLC (the "Debtor"), and files this Limited Objection and Response to the State of New Mexico's Motion to Determine Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4) (the "Motion") (Docket No. 58). In support thereof, the Trustee respectfully represents as follows:

1. The Trustee does not oppose the State of New Mexico's ("New Mexico") primary request for an order declaring the automatic stay inapplicable to its ongoing investigation and proposed state-court proceedings pursuant to the "police and regulatory power" exception of 11 U.S.C. § 362(b)(4).

2. The Trustee acknowledges New Mexico's interest in enforcing laws designed to protect public health, safety, and the environment. As noted in the Motion, the Trustee and the State have engaged in discussions regarding the nature of these claims.

3. However, the Trustee files this Limited Objection to ensure the protection of the bankruptcy estate's assets and causes of action.

4.     New Mexico's draft complaint (attached to the Motion as Exhibit A) includes causes of action for Violations of the Uniform Voidable Transactions Act (Counts II and III), Unjust Enrichment (Count VI), and Civil Conspiracy (Counts VII and VIII).

5.     Pursuant to 11 U.S.C. § 541, the commencement of a bankruptcy case creates an estate comprised of all legal or equitable interests of the debtor in property as of the commencement of the case, including causes of action. Certain claims set forth in New Mexico's draft complaint, specifically those seeking to avoid fraudulent transfers or recover for unjust enrichment, may constitute property of the bankruptcy estate that only the Trustee has standing to pursue for the benefit of all creditors.

6.     New Mexico's Motion acknowledges that discussions are ongoing regarding whether any of New Mexico's causes of action "overlap with causes of action that the Trustee could also bring."

7.     To avoid any future ambiguity or prejudice to the estate's rights, the Trustee requests that any order granting the Motion include language clarifying that the Court is not making a final determination as to the ownership of the specific causes of action.

8.     Specifically, the Trustee requests the following (or substantially similar) language be added to the final order:

IT IS FURTHER ORDERED that nothing in this Order constitutes a determination of whether any specific cause of action set forth in the State's proposed state-court action (Exhibit A to the Motion) is property of the Debtor's bankruptcy estate under 11 U.S.C. § 541, and all rights of the Trustee to assert ownership of, or the exclusive right to pursue, such causes of action are expressly reserved.

Wherefore, the Trustee respectfully requests that the Court consider this Limited Objection

3 | P a g e

and incorporate the requested clarifying language into any order granting the New Mexico's Motion.

DATED: January 12, 2026

Respectfully submitted,

**HAYWARD PLLC**

*/s/Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
Telephone: (737) 881-7100
Email: cshelton@haywardfirm.com,
rsatija@haywardfirm.com

*Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 12, 2026, a true and correct copy of the foregoing was served via CM/ECF to all parties requesting service thereby and on January 13, 2026 on the parties below.

| | |
|---|---|
| Ron Satija, Chapter 7 Trustee<br>PO Box 660208<br>Austin, TX 78766 | US Trustee<br>901 San Jacinto, Ste. 230<br>Austin, TX 78701 |
| BRANDON JOHN TITTLE<br>TITTLE LAW GROUP, PLLC<br>5550 GRANITE PKWY SUITE 220<br>PLANO, TX 75024 | ACACIA OPERATING COMPANY, LLC<br>505 N. BIG SPRING ST. STE. 303<br>MIDLAND, TX 79701 |
| Abigail Rushing Ryan<br>Bankruptcy Counsel<br>National Association of Attorneys General<br>1850 M Street NW, 12th Floor<br>Washington, DC 20036<br>aryan@naag.org<br><br>COUNSEL FOR THE STATE OF NEW MEXICO | Esther C. Jamison<br>Assistant Attorneys General<br>Environment Protection Division<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, NM 87501 |