# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–70194–smr

Chapter No.: 7

Judge: Shad M Robinson

IN RE: **Acacia Operating Company, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/robinson.txwb, via Zoom or by phone. Call–in number:, 669–254–5252 Code: 161 0862 5245

on **2/24/26 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 58 THE STATE OF NEW MEXICOS MOTION TO DETERMINE INAPPLICABILITY OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(B)(4) TO THE STATE'S ACTION AGAINST DEBTOR (21 Day Objection Language) filed by Abigail Rushing Ryan for Interested Party Abigail NAAG Client State ) Hearing Scheduled For 2/24/2026 at 10:00 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669–254–5252 Meeting ID: 161 0862 5245 ... Five calendar days before the hearing, exhibits must be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Juliana Steward at Juliana_Steward@txwb.uscourts.gov, Shanaya Kassam at Shanaya_Kassam@txwb.uscourts.gov, AND Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov.... If the parties anticipate that 30 minutes is not enough time for all sides to present argument and evidence for their matter, the parties must file a motion requesting a special setting. (Lopez, Jennifer)

Dated: 1/21/26

Robert J. Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]