**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | |
|---|---|
| In re: | § |
| | § Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | § Case No. 24-70194-SMR |
| Debtor. | § |
| | § |

**MOTION FOR EMERGENCY OR *EX PARTE* CONSIDERATION OF MOTION FOR LEAVE TO FILE RESPONSE TO THE STATE OF NEW MEXICO'S MOTION TO DETERMINE INAPPLICABILITY OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(B)(4) TO THE STATE'S ACTION AGAINST DEBTOR**

Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy (the "Gilmore Parties") hereby move for emergency or *ex parte* consideration of the *Emergency Motion for Leave* [Docket No. 74]. In support of this motion, the Gilmore Parties state as follows:

1.      **Underlying motion**: On February 20, 2026, the Gilmore Parties filed the *Motion for Leave to File Response to the State of New Mexico's Motion to Determine Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4) to the State's Action Against Debtor* [Docket No. 74] ("Motion for Leave").

2.      **Need for emergency or *ex parte* consideration:**  The Gilmore Parties request they be granted leave of Court to file the a response to the *State of New Mexico's Motion to Determine the Applicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4) to the State's Action Against Debtor* ("Motion to Determine") [Docket No. 58] prior to the hearing set for February 24, 2026.

3.      **Certificate of conference**: Counsel for the Gilmore Parties conferred with counsel for Ron Satija, Chapter 7 Trustee. Counsel for the Chapter 7 Trustee does not oppose the relief requested herein or in the underlying Motion for Leave.

48928884v.1

4.      Counsel for the Gilmore Parties conferred with counsel for the State of New Mexico. Counsel for the State of New Mexico takes no position with respect to the Gilmore Parties' Motion for Leave.

5.      **Time Estimate for the hearing**: The Gilmore Parties request that the relief requested in the Motion for Leave does not require or warrant an independent hearing and that such relief should be granted *ex parte*. If the Motion were to require a hearing, however, the Gilmore Parties would estimate the hearing to take no longer than fifteen (15) minutes.

6.      **Deadline for when hearing is needed**:  If a hearing is required, the Gilmore Parties would request that the hearing on the Motion for Leave be set before the hearing on the *Motion to Determine Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4)* ("Motion to Determine") [Docket No. 58], currently set for February 24, 2026.

7.      **Dates when all parties are available**: The Gilmore Parties have not conferred with the parties regarding availability for a hearing as the relief requested herein is requested to be granted *ex parte*.

The Gilmore Parties request that the Motion for Leave be granted prior to February 24, 2026.

2

Dated: February 20, 2026

/s/ *Beau Butler*

**JACKSON WALKER L.L.P.**
Jennifer F. Wertz (TX Bar No. 24072822)
Beau H. Butler (TX Bar No. 24132535)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Email: jwertz@jw.com
Email: bbutler@jw.com

**JACKSON WALKER LLP**
Robert L. Soza, Jr. (TX Bar No. 18869300)
Reagan M. Marble (TX Bar No. 24087971)
Brandon Durrett (TX Bar No. 24061059)
Robert M. Biedrzycki (TX Bar No. 24111174)
1900 Broadway, Suite 1200
San Antonio, TX 78215
Telephone: (210) 978-7000
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com

*Counsel to Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy*

3

## **CERTIFICATE OF SERVICE**

I certify that on February 20, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on the parties below.

**Debtor**
Brandon John Tittle
Tittle Law Firm, PLLC
13155 Noel Drive, Suite 900
Dallas, TX 75240
btittle@tittlelawgroup.com

**Chapter 7 Trustee**
Herbert C. Shelton, II
Hayward PLLC
7600 Burnet Rd., Suite 530
Austin, TX 78757
cshelton@haywardfirm.com

**State of New Mexico and the Oil Conversation Division**
William G., Grantham
Esther C. Jamison
Assistant Attorney Generals
Environmental Protection Division
408 Galisteo Street
Santa Fe, NM 87501
wgrantham@nmdoj.gov
ejamison@nmdoj.gov

**New Mexico Oil Conversation Division**
Jessee K. Tremaine
Michael Hall
Assistant General Counsel
Oil Conservation Division
Energy, Minerals and Natural Resources Department
1220 South S. Francis Dr.
Santa Fe, NM 87505
jessek.tremaine@emnrd.nm.gov

**Midland Central Appraisal District**
Julie Ann Parsons
McCreary Veselka Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680
jparsons@mcbalaw.com

**Midland County**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
PO Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**New Mexico State Land Office**
Lynn Hamilton Butler
Husch Blackwell
111 Congress Avenue, Suite 1400
Austin, TX 78701
lynn.butler@huschblackwell.com

/s/ *Beau Butler*
Beau H. Butler

4