IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | § | Case No. 24-70194-SMR |
| Debtor. | § | |
| | § | |

**EMERGENCY MOTION
TO CONTINUE HEARING SET FOR FEBRUARY 24, 2026**

Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy (the "Gilmore Parties") file this Emergency Motion to Continue Hearing on the *State of New Mexico's Motion to Determine the Applicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4) to the State's Action Against Debtor* ("Motion to Determine") [Docket No. 58]. In support of this motion, the Gilmore Parties state as follows:

1. The Motion to Determine was filed by the State of New Mexico on December 22, 2025.

2. The Motion to Determine is currently set for hearing on February 24, 2026, at 10:00 a.m. (prevailing Central Time) ("Hearing").

3. The Gilmore Parties have requested leave of this Court of file a response to the Motion to Determine and would request a short continuance of the Hearing to allow the State of New Mexico the opportunity to reply to the Gilmore Parties' response.

4. Good cause exists for this continuance. This request is not solely for purposes of delay, but in order that justice may be served. A continuance of the Hearing would allow the parties to fully brief the issues arising from the relief requested in the in the Motion to Determine.

The Gilmore Parties respectfully request that this Court continue the current Hearing for no more than two weeks, until or about March 10, 2026, and grant such other and further relief as is just and proper.

48930315v.1

2

Dated: February 20, 2026  /s/ *Beau Butler*
**JACKSON WALKER L.L.P.**
Jennifer F. Wertz (TX Bar No. 24072822)
Beau H. Butler (TX Bar No. 24132535)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Email: jwertz@jw.com
Email: bbutler@jw.com

**JACKSON WALKER LLP**
Robert L. Soza, Jr. (TX Bar No. 18869300)
Reagan M. Marble (TX Bar No. 24087971)
Brandon Durrett (TX Bar No. 24061059)
Robert M. Biedrzycki (TX Bar No. 24111174)
1900 Broadway, Suite 1200
San Antonio, TX 78215
Telephone: (210) 978-7000
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com

*Counsel to Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy*

2

48930315v.1

## CERTIFICATE OF SERVICE

I certify that on February 20, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on the parties below.

| | |
|---|---|
| **Debtor** <br> Brandon John Tittle <br> Tittle Law Firm, PLLC <br> 13155 Noel Drive, Suite 900 <br> Dallas, TX 75240 <br> btittle@tittlelawgroup.com | **State of New Mexico and the Oil Conversation Division** <br> William G., Grantham <br> Esther C. Jamison <br> Assistant Attorney Generals <br> Environmental Protection Division <br> 408 Galisteo Street <br> Santa Fe, NM 87501 <br> wgrantham@nmdoj.gov <br> ejamison@nmdoj.gov |
| **Chapter 7 Trustee** <br> Herbert C. Shelton, II <br> Hayward PLLC <br> 7600 Burnet Rd., Suite 530 <br> Austin, TX 78757 <br> cshelton@haywardfirm.com | **New Mexico Oil Conversation Division** <br> Jessee K. Tremaine <br> Michael Hall <br> Assistant General Counsel <br> Oil Conservation Division <br> Energy, Minerals and Natural Resources Department <br> 1220 South S. Francis Dr. <br> Santa Fe, NM 87505 <br> jessek.tremaine@emnrd.nm.gov |
| **Midland Central Appraisal District** <br> Julie Ann Parsons <br> McCreary Veselka Bragg & Allen, P.C. <br> PO Box 1269 <br> Round Rock, TX 78680 <br> jparsons@mcbalaw.com | **Midland County** <br> Perdue, Brandon, Fielder, Collins & Mott, L.L.P <br> PO Box 817 <br> Lubbock, TX 79408 <br> lmbkr@pbfcm.com |
| **New Mexico State Land Office** <br> Lynn Hamilton Butler <br> Husch Blackwell <br> 111 Congress Avenue, Suite 1400 <br> Austin, TX 78701 <br> lynn.butler@huschblackwell.com | |

/s/ *Beau Butler*
Beau H. Butler

48930315v.1