**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 23, 2026.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | |
|---|---|
| In re: | § |
| | §  Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | §  Case No. 24-70194-SMR |
|     Debtor. | § |
| | § |

**ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE TO THE STATE OF NEW MEXICO'S MOTIN TO DETERMINE INAPPLICABILITY OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(B)(4) TO THE STATE'S ACTION AGAINST DEBTOR**

CAME ON FOR CONSIDERATION the Motion of Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy (the "Gilmore Parties") for Leave to File Response ("Motion"). The Court, having considered same, and any response(s) thereto, and found that notice of the Motion was proper, is of the opinion that the Motion should be GRANTED; it is therefore ORDERED that

1. The Motion is hereby GRANTED in its entirety and the Gilmore Parties are granted leave to file a response to the *Motion to Determine* filed at Docket No. 58.

###

ORDER PREPARED AND SUBMITTED BY:

**JACKSON WALKER L.L.P.**
Jennifer F. Wertz (TX Bar No. 24072822)
Beau H. Butler (TX Bar No. 24132535)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Email: jwertz@jw.com
Email: bbutler@jw.com

**JACKSON WALKER LLP**
Robert M. Biedrzycki (TX Bar No. 24111174)
1900 Broadway, Suite 1200
San Antonio, TX 78215
Telephone: (210) 978-7000
Email: bbiedrzycki@jw.com

*Counsel to Marquis Reed Gilmore Jr,*
*Gilmore Oil & Gas, LP, Bluebird Energy*
*Corporation, Cibolo Energy*