**Expedited hearing shall be held on 2/24/2026 at 10:00 AM in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Movant is responsible for notice.**

**Movant is responsible for filing serving a notice of hearing.**

# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: February 23, 2026**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | § | Case No. 24-70194-SMR |
| Debtor. | § | |
| | § | |

## ORDER GRANTING MOTION FOR EMERGENCY OR *EX PARTE* CONSIDERATION OF MOTION FOR CONTINUANCE OF HEARING SCHEDULED FOR FEBRUARY 24, 2026

On this day came before the Court the Motion filed by Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy (the "Gilmore Parties") requesting emergency or *ex parte* consideration of the Motion to Continue filed on February 20, 2026. The Court finds that the Motion should be granted as set forth below.

48930146v.1

IT IS THEREFORE ORDERED that the *Motion to Continue to File Response to the State of New Mexico's Motion to Determine Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4) to the State's Action Against Debtor* will be considered on an *ex parte* basis or on the date and time set forth above with the Court's signature.

###

PREPARED AND SUBMITTED BY:

**JACKSON WALKER L.L.P.**
Jennifer F. Wertz (TX Bar No. 24072822)
Beau H. Butler (TX Bar No. 24132535)
100 Congress Avenue, Suite 1100

Austin, TX 78701
Telephone: (512) 236-2000
Email: jwertz@jw.com
Email: bbutler@jw.com

**JACKSON WALKER LLP**
Robert L. Soza, Jr. (TX Bar No. 18869300)
Reagan M. Marble (TX Bar No. 24087971)
Brandon Durrett (TX Bar No. 24061059)
Robert M. Biedrzycki (TX Bar No. 24111174)
1900 Broadway, Suite 1200
San Antonio, TX 78215
Telephone: (210) 978-7000
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com

*Counsel to Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy*

48930146v.1