**Continued hearing shall be held on 3/27/2026 at 11:00 AM in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 24, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC § | Case No. 24-70194-SMR |
| Debtor. § | |
| § | |

### ORDER GRANTING MOTION TO CONTINUE HEARING

CAME ON FOR CONSIDERATION the Motion to Continue Hearing ("Motion"). The Court, having considered same, and any response(s) thereto, and found that notice of the Motion was proper, is of the opinion that the Motion should be GRANTED.

48930315v.1

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the current hearing setting of February 24, 2026, has been continued to the date and time listed above.

###

**ORDER PREPARED AND SUBMITTED BY:**

**JACKSON WALKER L.L.P.**
Jennifer F. Wertz (TX Bar No. 24072822)
Beau H. Butler (TX Bar No. 24132535)
100 Congress Avenue, Suite 1100

Austin, TX 78701
Telephone: (512) 236-2000
Email: jwertz@jw.com
Email: bbutler@jw.com

**JACKSON WALKER LLP**
Robert L. Soza, Jr. (TX Bar No. 18869300)
Reagan M. Marble (TX Bar No. 24087971)
Brandon Durrett (TX Bar No. 24061059)
Robert M. Biedrzycki (TX Bar No. 24111174)
1900 Broadway, Suite 1200
San Antonio, TX 78215
Telephone: (210) 978-7000
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com

*Counsel to Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy*

48930315v.1