# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC, | § | Case No. 24-70194-SMR |
| | § | |
| Debtor | § | |

## NOTICE OF HEARING

On February 25, 2026, the Court entered an order at docket number 84 continuing the February 24, 2026, hearing on the State of New Mexico's *Motion to Determine Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4) to the State's Action Against Debtor*, to **March 27, 2026, at 11 AM CT** before Judge Shad Robinson.

The **March 27, 2026**, hearing will be conducted via Zoom at https://www.zoomgov.com/my/robinson.txwb or by calling **669-254-5252** and entering **Meeting ID: 161 0862 5245.**


DATED: February 26, 2026,

| | |
|---|---|
| */s/Abigail Rushing Ryan* | */s/ Esther C. Jamison* |
| Abigail Rushing Ryan | Raúl Torrez |
| TX State Bar No. 24035956 | Attorney General |
| Bankruptcy Counsel | William G. Grantham |
| National Association of Attorneys General | Esther C. Jamison - *pro hac vice* |
| 1850 M Street NW, 12th Floor | Assistant Attorneys General |
| Washington, DC 20036 | Environment Protection Division |
| aryan@naag.org | New Mexico Department of Justice |
| | 408 Galisteo Street |
| COUNSEL FOR THE STATE OF NEW MEXICO | Santa Fe, NM 87501 |

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on the parties below.

/s/*Abigail Rushing Ryan*
Abigail Rushing Ryan

**Debtor**
Brandon John Tittle Tittle Law Firm, PLLC
13155 Noel Drive, Suite 900
Dallas, TX 75240
btittle@tittlelawgroup.com

**Chapter 7 Trustee**
Herbert C. Shelton, II
Hayward PLLC
7600 Burnet Rd., Suite 530
Austin, TX 78757
cshelton@haywardfirm.com

**New Mexico Oil Conversation Division**
Jessee K. Tremaine and Michael Hall
Assistant General Counsels
Oil Conservation Division Energy, Minerals and Natural Resources Department
1220 South S. Francis Dr.
Santa Fe, NM 87505
jessek.tremaine@emnrd.nm.gov

**Midland Central Appraisal District**
Julie Ann Parsons
McCreary Veselka Bragg & Allen, P.C.
PO Box 1269 Round Rock, TX 78680
jparsons@mcbalaw.com

**Midland County**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
PO Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**New Mexico State Land Office**
Lynn Hamilton Butler
Husch Blackwell
111 Congress Avenue, Suite 1400
Austin, TX 78701 lynn.butler@huschblackwell.com

**Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy**
Jennifer F. Wertz
Beau H. Butler
Jackson Walker, LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
Email: jwertz@jw.com
Email: bbutler@jw.com

and

Robert L. Soza, Jr.
Reagan M. Marble
Brandon Durrett
Robert M. Biedrzycki
1900 Broadway, Suite 1200
San Antonio, TX 78215
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com