## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

In Re:                                      Chapter 7
ACACIA OPERATING COMPANY, LLC,      Case No. 24-70194-SMR
         Debtor

### THE STATE OF NEW MEXICO'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS

**COMES NOW** the Attorney General of New Mexico on behalf of the State of New Mexico and the Oil Conservation Division ("OCD") of the New Mexico Energy, Minerals and Natural Resources Department (collectively, "New Mexico" or "the State"), and hereby moves for leave to file *The State of New Mexico's Reply in Support of Its Motion to Determine Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. §362(b)(4) to the State's Action Against Debtor* in excess of the page limits set by Local Rule 7007-1(c)(3). Counsel for the Gilmore Parties and Trustee have indicated that they do not oppose this Motion.

1. The Local Rules of the Bankruptcy Court for the Western District of Texas state that a reply to a response is limited to 10 pages for a dispositive motion and 5 pages for a non-dispositive motion.

2. While the State has used its best efforts to keep the reply within the 10-page limit, due to the multiple persons/entities that comprise the Gilmore Parties and due to the numerous issues raised in their objection, the State seeks to extend the page limit.

3. In order to properly address the issues raised, the State requests leave to file a reply exceeding the page 10-page limit by four (4) pages, including the prayer and signature block, but excluding the certificate of service.

WHEREFORE, the State prays that the Court enter an order granting the State leave to file a reply exceeding the 10-page limit set out in the Local Rules.

1

DATED: March 10, 2026,

Respectfully submitted,

*/s/ Abigail Rushing Ryan*
Abigail Rushing Ryan
State TX Bar No. 24035956
*Bankruptcy Counsel*
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, DC 20036
aryan@naag.org

*/s/ Esther C. Jamison*
Raúl Torrez
*Attorney General*
William G. Grantham
Esther C. Jamison
*Assistant Attorneys General*
Environment Protection Division
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501

ATTORNEYS FOR THE STATE OF NEW MEXICO AND THE OIL CONSERVATION DIVISION OF THE NEW MEXICO ENERGY, MINERALS, AND NATURAL RESOURCES DEPARTMENT

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that on March 10, 2026, she conferred with Mr. Shelton representative of the Trustee and Mr. Butler, representative of the Gilmore Parties (Objecting Parties), and both Mr. Shelton and Mr. Butler do not oppose the relief sought herein.

*/s/Abigail Rushing Ryan*
Abigail Rushing Ryan
Bankruptcy Counsel

**(*Remainder of Page Intentionally Left Blank – Certificate of Service Follows*)**

2

## CERTIFICATE OF SERVICE

I certify that on March 10, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on the parties below via email.

*/s/Abigail Rushing Ryan*
Abigail Rushing Ryan
Bankruptcy Counsel

**Debtor**
Brandon John Tittle
Tittle Law Firm, PLLC
13155 Noel Drive, Suite 900
Dallas, TX 75240
btittle@tittlelawgroup.com

**Chapter 7 Trustee**
Herbert C. Shelton, II
Hayward PLLC
7600 Burnet Rd., Suite 530
Austin, TX 78757
cshelton@haywardfirm.com

**Midland Central Appraisal District**
Julie Ann Parsons
McCreary Veselka Bragg & Allen, P.C.
PO Box 1269 Round Rock, TX 78680
jparsons@mcbalaw.com

**Midland County**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
PO Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**New Mexico State Land Office**
Lynn Hamilton Butler
Husch Blackwell
111 Congress Avenue, Suite 1400
Austin, TX 78701
lynn.butler@huschblackwell.com

**New Mexico Oil Conversation Division**
Jessee K. Tremaine and Michael Hall
Assistant General Counsels
Oil Conservation Division
Energy, Minerals and Natural Resources Department
1220 South S. Francis Dr.
Santa Fe, NM 87505
jessek.tremaine@emnrd.nm.gov

**Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy**

Jennifer F. Wertz
Beau H. Butler
Jackson Walker, LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
Email: jwertz@jw.com
Email: bbutler@jw.com

*and*
Robert L. Soza, Jr.
Reagan M. Marble
Brandon Durrett
Robert M. Biedrzycki
1900 Broadway, Suite 1200
San Antonio, TX 78215
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com