# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | |
|---|---|
| In Re: | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC, | Case No. 24-70194-SMR |
| Debtor | |

## THE STATE OF NEW MEXICO'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS

**COMES NOW** the Attorney General of New Mexico on behalf of the State of New Mexico and the Oil Conservation Division ("OCD") of the New Mexico Energy, Minerals and Natural Resources Department (collectively, "New Mexico" or "the State"), and hereby moves for leave to file *The State of New Mexico's Reply in Support of Its Motion to Determine Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. §362(b)(4) to the State's Action Against Debtor* in excess of the page limits set by Local Rule 7007-1(c)(3). Counsel for the Gilmore Parties and Trustee have indicated that they do not oppose this Motion.

1. The Local Rules of the Bankruptcy Court for the Western District of Texas state that a reply to a response is limited to 10 pages for a dispositive motion and 5 pages for a non-dispositive motion.

2. While the State has used its best efforts to keep the reply within the 10-page limit, due to the multiple persons/entities that comprise the Gilmore Parties and due to the numerous issues raised in their objection, the State seeks to extend the page limit.

3. In order to properly address the issues raised, the State requests leave to file a reply exceeding the page 10-page limit by four (4) pages, including the prayer and signature block, but excluding the certificate of service.

WHEREFORE, the State prays that the Court enter an order granting the State leave to file a reply exceeding the 10-page limit set out in the Local Rules.

DATED: March 10, 2026,                          Respectfully submitted,

| | |
|---|---|
| /s/ Abigail Rushing Ryan<br>Abigail Rushing Ryan<br>State TX Bar No. 24035956<br>*Bankruptcy Counsel*<br>National Association of Attorneys General<br>1850 M Street NW, 12th Floor<br>Washington, DC 20036<br>aryan@naag.org | /s/ Esther C. Jamison<br>Raúl Torrez<br>*Attorney General*<br>William G. Grantham<br>Esther C. Jamison<br>*Assistant Attorneys General*<br>Environment Protection Division<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, NM 87501<br><br>ATTORNEYS FOR THE STATE OF NEW MEXICO AND THE OIL CONSERVATION DIVISION OF THE NEW MEXICO ENERGY, MINERALS, AND NATURAL RESOURCES DEPARTMENT |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on March 10, 2026, she conferred with Mr. Shelton representative of the Trustee and Mr. Butler, representative of the Gilmore Parties (Objecting Parties), and both Mr. Shelton and Mr. Butler do not oppose the relief sought herein.

                                                         /s/Abigail Rushing Ryan
                                                         Abigail Rushing Ryan
                                                         Bankruptcy Counsel

**(*Remainder of Page Intentionally Left Blank – Certificate of Service Follows*)**

## **CERTIFICATE OF SERVICE**

I certify that on March 10, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on the parties below via email.

*/s/Abigail Rushing Ryan*
Abigail Rushing Ryan
Bankruptcy Counsel

| **Debtor** | **Chapter 7 Trustee** | **Midland Central Appraisal District** |
|---|---|---|
| Brandon John Tittle | Herbert C. Shelton, II | Julie Ann Parsons |
| Tittle Law Firm, PLLC | Hayward PLLC | McCreary Veselka Bragg & Allen, P.C. |
| 13155 Noel Drive, Suite 900 | 7600 Burnet Rd., Suite 530 | PO Box 1269 Round Rock, TX 78680 |
| Dallas, TX 75240 | Austin, TX 78757 | jparsons@mcbalaw.com |
| btittle@tittlelawgroup.com | cshelton@haywardfirm.com | |

| **Midland County** | **New Mexico State Land Office** | **New Mexico Oil Conversation Division** |
|---|---|---|
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Lynn Hamilton Butler | Jessee K. Tremaine and Michael Hall |
| PO Box 817 | Husch Blackwell | Assistant General Counsels |
| Lubbock, TX 79408 | 111 Congress Avenue, Suite 1400 | Oil Conservation Division |
| lmbkr@pbfcm.com | Austin, TX 78701 | Energy, Minerals and Natural Resources Department |
| | lynn.butler@huschblackwell.com | 1220 South S. Francis Dr. |
| | | Santa Fe, NM 87505 |
| | | jessek.tremaine@emnrd.nm.gov |

**Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy**

Jennifer F. Wertz
Beau H. Butler
Jackson Walker, LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
Email: jwertz@jw.com
Email: bbutler@jw.com

*and*
Robert L. Soza, Jr.
Reagan M. Marble
Brandon Durrett
Robert M. Biedrzycki
1900 Broadway, Suite 1200
San Antonio, TX 78215
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com