UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-70194-SMR |
| | § | |
| ACACIA OPERATING COMPANY, LLC, | § § § | |
| | § | Chapter 7 |
| Debtor. | | |

**UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF THE STATE OF NEW MEXICO'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS**
**(Relates to Dkt. No. 100)**

The Attorney General of New Mexico on behalf of the State of New Mexico and the Oil Conservation Division ("OCD") of the New Mexico Energy, Minerals and Natural Resources Department (collectively, "New Mexico" or "the State"), files this Motion for Expedited Consideration of *The State of New Mexico's Unopposed Motion for Leave to Extend Page Limits* [Dkt. No. 100] as follows:

1. **Underlying motion**: In the underlying unopposed motion, the State requests leave to file a reply to the objection field at docket number 83 that exceeds the 10-page limit by four (4) pages, including the prayer and signature block, but excluding the certificate of service.

2. **Need for expedited consideration**: The State requests expedited consideration, as the deadline for filing its reply is today, March 10, 2026, and the State's request is unopposed.

3. **Certificate of conference**: Counsel for the State contacted both the Trustee's lawyer and the lawyer for the objectors by email and both indicated that they are not opposed to the relief sought.

4. **Time estimate for hearing**: No hearing should be necessary, but if the Court finds a hearing is needed no more than five minutes should suffice for the State's motion to exceed page limit.

5. **Deadline for when hearing is needed**: If the Court finds a hearing necessary before entering an order, the State's request could be considered before the hearing set for March 27, 2026.

1

6. **Dates when all parties are available**: All counsel are available for the hearing on March 27, 2026.

WHEREFORE, the State requests that the Court consider the State's Unopposed Motion for Leave to Extend Page Limits, and, if a hearing is necessary that it be set prior to the hearing set for March 27, 2026, on this Court's docket.

DATED: March 10, 2026,                      Respectfully submitted,

| | |
|---|---|
| */s/ Abigail Rushing Ryan* | */s/ Esther C. Jamison* |
| Abigail Rushing Ryan | Raúl Torrez |
| State TX Bar No. 24035956 | *Attorney General* |
| *Bankruptcy Counsel* | William G. Grantham |
| National Association of Attorneys General | Esther C. Jamison |
| 1850 M Street NW, 12th Floor | *Assistant Attorneys General* |
| Washington, DC 20036 | Environment Protection Division |
| aryan@naag.org | New Mexico Department of Justice |
| | 408 Galisteo Street |
| | Santa Fe, NM 87501 |

ATTORNEYS FOR THE STATE OF NEW MEXICO AND THE OIL CONSERVATION DIVISION OF THE NEW MEXICO ENERGY, MINERALS, AND NATURAL RESOURCES DEPARTMENT

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on March 10, 2026, she conferred with Mr. Shelton representative of the Trustee and Mr. Butler, representative of the Gilmore Parties (Objecting Parties), and both Mr. Shelton and Mr. Butler do not oppose the relief sought herein.

                                            */s/Abigail Rushing Ryan*
                                            Abigail Rushing Ryan
                                            Bankruptcy Counsel

**(*Remainder of Page Intentionally Left Blank – Certificate of Service Follows*)**

**CERTIFICATE OF SERVICE**

  I certify that on March 10, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on the parties below via email.

                    */s/Abigail Rushing Ryan*
                    Abigail Rushing Ryan
                    Bankruptcy Counsel

| **Debtor** | **Chapter 7 Trustee** | **Midland Central Appraisal District** |
|---|---|---|
| Brandon John Tittle<br>Tittle Law Firm, PLLC<br>13155 Noel Drive, Suite 900<br>Dallas, TX 75240<br>btittle@tittlelawgroup.com | Herbert C. Shelton, II<br>Hayward PLLC<br>7600 Burnet Rd., Suite 530<br>Austin, TX 78757<br>cshelton@haywardfirm.com | Julie Ann Parsons<br>McCreary Veselka Bragg & Allen, P.C.<br>PO Box 1269 Round Rock, TX 78680<br>jparsons@mcbalaw.com |
| **Midland County** | **New Mexico State Land Office** | **New Mexico Oil Conversation Division** |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>PO Box 817<br>Lubbock, TX 79408<br>lmbkr@pbfcm.com | Lynn Hamilton Butler<br>Husch Blackwell<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>lynn.butler@huschblackwell.com | Jessee K. Tremaine and Michael Hall<br>Assistant General Counsels<br>Oil Conservation Division<br>Energy, Minerals and Natural Resources Department<br>1220 South S. Francis Dr.<br>Santa Fe, NM 87505<br>jessek.tremaine@emnrd.nm.gov<br>*and*<br>Robert L. Soza, Jr.<br>Reagan M. Marble<br>Brandon Durrett<br>Robert M. Biedrzycki<br>1900 Broadway, Suite 1200<br>San Antonio, TX 78215<br>Email: rsoza@jw.com<br>Email: rmarble@jw.com<br>Email: bdurrett@jw.com<br>Email: bbiedrzycki@jw.com |
| **Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy**<br><br>Jennifer F. Wertz<br>Beau H. Butler<br>Jackson Walker, LLP<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>Email: jwertz@jw.com<br>Email: bbutler@jw.com | | |