**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 10, 2026.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 24-70194-SMR** |
| §  | | |
| **ACACIA OPERATING COMPANY,** § | | |
| **LLC.** § | | |
| § | | **Chapter 7** |
| **Debtor.** | | |

### ORDER GRANTING THE STATE OF NEW MEXICO'S
### UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS

  Before the Court is *The State of New Mexico's Unopposed Motion for Leave to Extend Page Limits* ("Motion") filed by the State of New Mexico and the Oil Conservation Division ("OCD") of the New Mexico Energy, Minerals and Natural Resources Department ("Movant") requesting leave to file a reply to in excess of the page limitations set out in the Local Rules. The Court finds that the Motion should be granted as set forth below.

  ACCORDINGLY, IT IS THEREFORE ORDERED that the State's Motion is granted, and the State may file a reply that exceeds the 10-page limitation set out in the Local Rules by 4 pages, excluding the certificate of service.

# # #

Prepared By:

*/s/ Abigail Rushing Ryan*
Abigail Rushing Ryan
State TX Bar No. 24035956
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, DC 20036
aryan@naag.org

ATTORNEY FOR THE STATE OF NEW MEXICO AND
THE OIL CONSERVATION DIVISION OF THE NEW MEXICO
ENERGY, MINERALS, AND NATURAL RESOURCES DEPARTMENT