

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: March 11, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-70194-SMR |
| | § | |
| ACACIA OPERATING COMPANY, LLC. | § § § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING THE UNOPPOSED MOTION OF THE STATE OF NEW MEXICO TO EXPEDITE CONSIDERATION OF THE STATE OF NEW MEXICO'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS**
**(Relates to Dkt. No. 100)**

Before the Court is the Motion filed by the State of New Mexico and the Oil Conservation Division ("OCD") of the New Mexico Energy, Minerals and Natural Resources Department ("Movant") requesting expedited consideration on *The State of New Mexico's Unopposed Motion for Leave to Extend Page Limits* filed on March 10, 2026, at Dkt. No. 100. The Court finds that the Motion should be granted as set forth below.

ACCORDINGLY, IT IS THEREFORE ORDERED that the *The State of New Mexico's Unopposed Motion for Leave to Extend Page Limits* at Dkt. No. 100 is scheduled for expedited consideration on the date and time listed above.

# # #

Prepared By:

*/s/ Abigail Rushing Ryan*
Abigail Rushing Ryan
State TX Bar No. 24035956
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, DC 20036
aryan@naag.org

A<small>TTORNEY FOR THE</small> S<small>TATE OF</small> N<small>EW</small> M<small>EXICO AND</small>
<small>THE</small> O<small>IL</small> C<small>ONSERVATION</small> D<small>IVISION OF THE</small> N<small>EW</small> M<small>EXICO</small>
E<small>NERGY,</small> M<small>INERALS, AND</small> N<small>ATURAL</small> R<small>ESOURCES</small> D<small>EPARTMENT</small>

