**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | |
|---|---|
| In re: | § |
| | § Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | § Case No. 24-70194-SMR |
| Debtor. | § |
| | § |

**NOTICE OF FILING EXHIBIT A TO
EMERGENCY MOTION FOR LEAVE TO FILE SURREPLY**

On March 20, 2026, Marquis Reed Gilmore Jr., Gilmore Oil & Gas, LP, Bluebird Energy Corporation, and Cibolo Energy (the "Gilmore Parties") filed their *Emergency Motion for Leave to File Surreply* ("Motion") [Docket No. 113].  The Gilmore Parties unintentionally omitted **Exhibit A**, the Surreply, when filing the Motion.

Attached hereto is the Gilmore Parties' Surreply, which is Exhibit A to the Motion.

Dated: March 23, 2026

/s/ *Beau H. Butler*

**JACKSON WALKER L.L.P.**
Jennifer F. Wertz (TX Bar No. 24072822)
Beau H. Butler (TX Bar No. 24132535)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Email: jwertz@jw.com
Email: bbutler@jw.com

**JACKSON WALKER LLP**
Robert L. Soza, Jr. (TX Bar No. 18869300)
Reagan M. Marble (TX Bar No. 24087971)
Brandon Durrett (TX Bar No. 24061059)
Robert M. Biedrzycki (TX Bar No. 24111174)
1900 Broadway, Suite 1200
San Antonio, TX 78215
Telephone: (210) 978-7000
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com

***Counsel to Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, Cibolo Energy***

-2-

# CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of March 2026 a true and correct copy of the foregoing document was served the Court's CM/ECF electronic notification system upon the following:

**Debtor**
Brandon John Tittle
Tittle Law Firm, PLLC
13155 Noel Drive, Suite 900
Dallas, TX 75240
btittle@tittlelawgroup.com

**State of New Mexico and the Oil Conversation Division**
William G., Grantham
Esther C. Jamison
Assistant Attorney Generals
Environmental Protection Division
408 Galisteo Street
Santa Fe, NM 87501
wgrantham@nmdoj.gov
ejamison@nmdoj.gov

**Chapter 7 Trustee**
Herbert C. Shelton, II
Hayward PLLC
7600 Burnet Rd., Suite 530
Austin, TX 78757
cshelton@haywardfirm.com

**New Mexico Oil Conversation Division**
Jessee K. Tremaine
Michael Hall
Assistant General Counsel
Oil Conservation Division
Energy, Minerals and Natural Resources
Department
1220 South S. Francis Dr.
Santa Fe, NM 87505
jessek.tremaine@emnrd.nm.gov

**Midland Central Appraisal District**
Julie Ann Parsons
McCreary Veselka Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680
jparsons@mcbalaw.com

**Midland County**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
PO Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**New Mexico State Land Office**
Lynn Hamilton Butler
Husch Blackwell
111 Congress Avenue, Suite 1400
Austin, TX 78701
lynn.butler@huschblackwell.com

/s/ *Beau H. Butler*
Beau H. Butler

-3-