**Reset hearing shall be held on 5/28/2026 at 10:30 AM in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 10, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-70194** |
| **ACACIA OPERATING COMPANY, LLC** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING TRUSTEE'S MOTION TO CONTINUE HEARING ON MOTION TO APPROVE SALE OF CERTAIN OIL AND GAS LEASES AND RELATED PROPERTY**

CAME ON FOR CONSIDERATION the *Motion to Continue* (the "Motion") on *Trustee's Motion to Approve Sale of Certain Oil and Gas Leases and Related Property* (the "Sale Motion") filed by Ron Satija, the Chapter 7 Trustee (the "Trustee"), and the Court, having reviewed the Motion, finds good cause to grant the same. It is therefore:

ORDERED, ADJUDGED AND DECREED that the hearing on *Trustee's Motion to Approve Sale of Certain Oil and Gas Leases and Related Property* (Docket No. 81) is hereby continued to the time and date set forth above.

**# # # END OF ORDER # # #**

2 | P a g e

*Order Submitted By:*

**HAYWARD PLLC**

Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Ron Satija,*
*the Chapter 7 Trustee*