**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

|  |  |
|---|---|
| In re: | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | 24-70194 (SMR) |
| Debtor. | |

**TRUSTEE'S MOTION TO EXTEND DEADLINE TO FILE 9019 MOTION**

COMES NOW Ron Satija, the Chapter 7 Trustee (the "Trustee") in the above-captioned case and respectfully submits this *Motion to Extend Deadline to File 9019 Motion* (the "Motion"). In support thereof, the Trustee would respectfully show as follows:

1. On March 27, 2026, the Court held a hearing on the State of New Mexico's Motion to Determine Inapplicability of the Automatic Stay Pursuant to Section 362(b)(4) (Docket No. 58). At the end of the hearing, the Court gave the Trustee and New Mexico until April 13, 2026 to file a Motion for Relief From Stay and a 9019 Motion.

2. On April 13, 2026, New Mexico filed its Motion for Relief from Stay (the "Relief Motion") (Docket No. 141).

3. A 9019 has not yet been completed. It is possible that the Relief Motion resolves the need for a 9019. The State of New Mexico and the Trustee are meeting on April 14, 2026 in order to resolve the matter and determine if a 9019 is still required and, if so, to memorialize an agreement to present to this Court.

4. Accordingly, the Trustee requests an additional week to file any required 9019.

WHEREFORE, the Trustee respectfully requests that this Court enter an order: 1) granting this Motion; 2) extend the deadline to file a 9019 to April 20, 2026; and 3) grant such other relief as the Court deems just and proper.

Dated: April 13, 2026

Respectfully Submitted,

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 30
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for the***
***Chapter 7 Trustee, Ron Satija***

### CERTIFICATE OF CONFERENCE

On April 13, 2026, I conferred with Abigail Ryan regarding the relief requested and she indicated no opposition.

*/s/ Charlie Shelton*
Charlie Shelton

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties requesting such service. Additionally, on April 13, 2026, or within one business day thereof, the foregoing was served via U.S. First Class Mail to all parties listed below.

| | |
|---|---|
| Acacia Operating Company, LLC<br>P.O. Box 1110<br>Boerne, TX 78006 | United States Trustee's Office<br>903 San Jacinto Blvd. #230<br>Austin, TX 78701 |
| Acacia Resources LLC<br>P.O. Box 1110, Suite 303<br>Boerne, TX 78006 | ***United States Trustee*** |

| *Debtors* | |
|---|---|
| Hinkle Shanor LLP<br>Attn: Thomas M. Hnasko<br>218 E. Montezuma Avenue<br>Santa Fe, NM 87501<br><br>*Debtors' Counsel* | Tittle Law Firm, PLLC<br>Attn: Brandon John Tittle<br>13155 Noel Drive, Suite 900<br>Dallas, TX 75240<br><br>*Debtors' Counsel* |
| U.S. Attorney's Office<br>Attn: Steven B. Bass<br>903 San Jacinto Blvd., Ste. 334<br>Austin, TX 78701<br><br>*Counsel for United States of America* | Holland & Hart LLP<br>Attn: Matthew J. Ochs<br>555 Seventeeth Street, Suite 3200<br>Denver, CO 80202<br><br>-and-<br><br>Holland & Hart LLP<br>Attn: Robert Sutphin, Jr.<br>110 North Guadalupe Street, Suite 1<br>Santa Fe, NM 87501<br><br>*Counsel for Chevron U.S.A. Inc. and Chevron Midcontinent, L.P.; XTO Holdings, LLC; ConocoPhillips Company, Concho Oil & Gas LLC, COG Operating LLC, Marathon Oil Co., and Marathon Oil Permian LLC; OXY USA Inc., Anadarko E&P Onshore LLC, Anadarko Petroleum Corporation, Kerr-McGee Oil & Gas Onshore, Limited Partnership, OXY USA WTP Limited Partnership, Occidental Permian Limited Partnership, OXY Y-1 Company; Coterra Energy and Magnum Hunter Production Co.; and Legacy Reserves Operating LP* |
| Abigail Rushing Ryan<br>1850 M Street NW, 12th Floor<br>Washington, DC 20036<br><br>*Counsel for The State of New Mexico and The Oil Conservation Division of the New Mexico Energy, Minerals, and Natural Resources Department* | New Mexico Department of Justice<br>Environment Protection Division<br>Attn: Esther C. Jamison, Raul Torrez, & William G. Grantham<br>408 Galisteo Street<br>Santa Fe, NM 87501<br><br>*Counsel for The State of New Mexico and The Oil Conservation Division of the New* |

| | *Mexico Energy, Minerals, and Natural Resources Department* |
| --- | --- |
| | |

*/s/ Charlie Shelton*
Charlie Shelton