**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | **Case No. 24-70194-SMR** |
| **ACACIA OPERATING COMPANY, LLC** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

**NOTICE REGARDING NON-SETTLEMENT**

On April 14, 2026, the Court entered its *Order Granting Trustee's Motion to Extend Deadline to File 9019 Motion* (the "Order") (Docket No. 144). The Chapter 7 Trustee, Ron Satija (the "Trustee") is filing the instant Notice to advise the Court and interested parties that as of April 20, 2026, the Trustee and the State of New Mexico have not reached an agreement and thus there is no settlement agreement to seek approval of. The Trustee continues to communicate with New Mexico and will, in the event a settlement is reached, file appropriate pleadings in this Court.

Dated: April 20, 2026

Respectfully submitted,

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for the***
***Chapter 7 Trustee, Ron Satija***

NOTICE REGARDING NON-SETTLEMENT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2026, the foregoing Notice was served via CM/ECF on all parties requesting such service.

<u>/s/ *Charlie Shelton*</u>
Charlie Shelton

NOTICE REGARDING NON-SETTLEMENT