**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | 24-70194 (SMR) |
| Debtor. | |

**TRUSTEE'S LIMITED OBJECTION AND RESPONSE TO THE STATE OF NEW MEXICO'S MOTION TO LIFT THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE:

COMES NOW Ron Satija, Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor, Acacia Operating Company, LLC (the "Debtor"), and files this Limited Objection and Response to the State of New Mexico's Motion to Lift the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) (the "Motion") (Docket No. 141). In support thereof, the Trustee respectfully represents as follows:

1. On December 22, 2025, the State of New Mexico ("New Mexico") filed a motion seeking a determination that the automatic stay was inapplicable to its state-court action under the police and regulatory power exception.

2. On January 12, 2026, the Trustee filed a Limited Objection to that request, asserting that several causes of action in New Mexico's draft complaint constitute property of the bankruptcy estate.

3. Following a hearing on March 27, 2026, the Court directed the parties to file a Rule 9019 Agreement regarding the allocation of potential recoveries and further directed the State to file the present Lift Stay Motion. As of the date of the filing of the instant Limited Objection, no

agreement has been reached.

4.      With respect to the Motion, the Trustee does not oppose the request for relief from the automatic stay to allow the New Mexico state-court action to proceed in its chosen forum.

4.      However, the Trustee files this Limited Objection to reiterate and preserve the Estate's exclusive ownership of specific causes of action set forth in New Mexico's draft complaint.

5.      Specifically, as discussed in the previous limited objection, the Estate has an interest in the causes of action for Violations of the Uniform Voidable Transactions Act (Counts II and III), Unjust Enrichment (Count VI), and Civil Conspiracy (Counts VII and VIII).

8.      The Trustee notes that the Motion asserts that the Trustee has been unresponsive to an allocation offer sent on February 26, 2026. The Trustee clarifies that he has been diligently evaluating the offer (and various other components of the bankruptcy estate) to ensure it serves the best interests of the creditors, particularly regarding New Mexico's reservation of rights to file administrative claims for litigation costs.

11.     To protect the Estate's interests, the Trustee requests that any order granting the Lift Stay Motion include the following language:

**IT IS FURTHER ORDERED** that nothing in this Order constitutes a final determination of whether any specific cause of action set forth in the State's proposed state-court action (attached as Exhibit A to the Motion to Determine Inapplicability, Docket No. 58) is or is not property of the Debtor's bankruptcy estate under 11 U.S.C. § 541. The Trustee's rights to assert ownership of, or the exclusive standing to pursue, manage, or settle such causes of action for the benefit of all creditors are expressly reserved.

Wherefore, the Trustee respectfully requests that the Court consider this Limited Objection

and incorporate the requested clarifying language into any order granting New Mexico's Motion.


DATED: May 4, 2026                                          Respectfully submitted,

                                                           **HAYWARD PLLC**

                                                           */s/Charlie Shelton*
                                                           Charlie Shelton
                                                           Texas State Bar No. 24079317
                                                           7600 Burnet Road, Suite 530
                                                           Austin, TX 78757
                                                           Telephone: (737) 881-7100
                                                           Email: cshelton@haywardfirm.com,

                                                           ***Counsel for the Chapter 7 Trustee***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 4, 2026, a true and correct copy of the foregoing was served via CM/ECF to all parties requesting service thereby and on May 4, 2026 on the parties below.

| | |
|---|---|
| Ron Satija, Chapter 7 Trustee<br>PO Box 660208<br>Austin, TX 78766 | US Trustee<br>901 San Jacinto, Ste. 230<br>Austin, TX 78701 |
| BRANDON JOHN TITTLE<br>TITTLE LAW GROUP, PLLC<br>5550 GRANITE PKWY SUITE 220<br>PLANO, TX 75024 | ACACIA OPERATING COMPANY, LLC<br>505 N. BIG SPRING ST. STE. 303<br>MIDLAND, TX 79701 |
| Abigail Rushing Ryan<br>Bankruptcy Counsel<br>National Association of Attorneys General<br>1850 M Street NW, 12th Floor<br>Washington, DC 20036<br>aryan@naag.org<br><br>COUNSEL FOR THE STATE OF NEW MEXICO | Esther C. Jamison<br>Assistant Attorneys General<br>Environment Protection Division<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, NM 87501 |