**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ACACIA OPERATING COMPANY, LLC | ) | Case No. 24-70194-SMR |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned, as counsel for Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, and Cibolo Energy (the "Gilmore Parties"), in the above-referenced bankruptcy proceeding, requests that all pleadings filed and notices given in this case be given and served to the following:

Jennifer F. Wertz
State Bar No. 24072822
Beau Butler
State Bar No. 24132535
Jackson Walker LLP
100 Congress, Suite 1100
Austin, Texas 78701
(512) 236-2000
jwertz@jw.com
bbutler@jw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case.

Dated: May 14, 2026

*/s/ Jennifer F. Wertz*

**JACKSON WALKER LLP**
Jennifer F. Wertz (TX Bar No. 24072822)

Beau Butler (TX Bar No. 24132535)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Email: jwertz@jw.com
Email: bbutler@jw.com

Robert L. Soza, Jr. (TX Bar No. 18869300)
Reagan M. Marble (TX Bar No. 24087971)
Brandon Durrett (TX Bar No. 24061059)
Robert M. Biedrzycki (TX Bar No. 24111174)
1900 Broadway, Suite 1200
San Antonio, TX 78215
Telephone: (210) 978-7000
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurrett@jw.com
Email: bbiedrzycki@jw.com

***Counsel to Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, and Cibolo Energy***

## **CERTIFICATE OF SERVICE**

This is to certify that on the 14th day of May 2026, I caused a true and correct copy of the foregoing to be served via the CM/ECF notification system for the Western District of Texas upon all parties registered to receive same.

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz