**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **ACACIA OPERATING COMPANY,** | § | **Case No. 24-70194-SMR** |
| **LLC,** | § | |
| | § | |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR
ENTRY OF ORDER APPROVING SETTLEMENT BETWEEN THE CHAPTER 7
TRUSTEE AND THE STATE OF NEW MEXICO AND THE OIL CONSERVATION
DIVISION OF THE NEW MEXICO ENERGY, MINERALS AND NATURAL
<u>RESOURCES DEPARTMENT</u>**

CAME ON for consideration the *Motion Pursuant to Bankruptcy Rule 9019 for Entry of Order Approving Settlement Between the Chapter 7 Trustee and the State of New Mexico and the Oil Conservation Division of the New Mexico Energy, Minerals and Natural Resources Department* (the "Motion") filed by Ron Satija, the Chapter 7 Trustee for the bankruptcy estate of the above-captioned debtor (the "Trustee") and the State of New Mexico, by and through Attorney General Raúl Torrez, and the Oil Conservation Division ("OCD") of the New Mexico Energy,

Minerals and Natural Resources Department (collectively, "New Mexico" or "the State," and together with the Trustee, "the Parties") seeking approval pursuant to Federal Rule of Bankruptcy Procedure 9019 of the Settlement Agreement attached as Exhibit A to the Motion.

The Court, after due deliberation and consideration of the Parties' pleadings, evidence, and arguments, as well as the pleadings, evidence, and arguments of any opposition, finds that the Motion should be granted as set forth herein.

Accordingly, the Court:

**FINDS** that the Trustee has delegated to New Mexico his authority to prosecute any Estate Claims that are not settled by the Trustee. In particular, the Trustee has delegated to New Mexico his authority to prosecute any claims belonging to the estate of the above-captioned debtor that are encompassed by, articulated in, or set forth in the complaint filed by New Mexico in the First Judicial District Court for the County of Santa Fe, New Mexico, Case Number D-101-CV-2025-03283; the Court further

**FINDS** that the Settlement Agreement satisfies the factors set forth in *In re Jackson Brewing Co.*, 624 F.2d 599, 602 (5th Cir. 1980), and is fair, equitable, and in the best interest of the estate.

Accordingly, based on the foregoing recitations and findings, it is hereby:

**ORDERED** that the Settlement Agreement attached as Exhibit A to the Motion is approved; it is further

**ORDERED** that this Court retains jurisdiction related to interpretation of enforcement or interpretation of this Order.

### END OF ORDER ###

---

ORDER ON MOTION FOR APPROVAL OF SETTLEMENT                                      PAGE 2

Order Prepared By:

**HAYWARD PLLC**

*/s/Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
Telephone: (737) 881-7100
Email: cshelton@haywardfirm.com,

***Counsel for the Chapter 7 Trustee***

 -and-

*/s/ Abigail Rushing Ryan*
[E-Signed w/ Permission]
Abigail Rushing Ryan
State TX Bar No. 24035956
*Bankruptcy Counsel*
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, DC 20036
aryan@naag.org

*/s/ Esther C. Jamison*
[E-Signed w/ Permission]
Raúl Torrez
*Attorney General*
William G. Grantham
Esther C. Jamison
*Assistant Attorneys General*
Environment Protection Division
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
ejamison@nmdoj.gov

ATTORNEYS FOR THE STATE OF NEW MEXICO
AND THE OIL CONSERVATION DIVISION OF
THE NEW MEXICO ENERGY, MINERALS, AND
NATURAL RESOURCES DEPARTMENT