**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **ACACIA OPERATING COMPANY,** | § | **Case No. 24-70194-SMR** |
| **LLC,** | § | |
| | § | |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR**
**ENTRY OF ORDER APPROVING SETTLEMENT BETWEEN THE CHAPTER 7**
**TRUSTEE AND THE NEW ERA DEFENDANTS**

CAME ON for consideration the *Motion Pursuant to Bankruptcy Rule 9019 for Entry of Order Approving Settlement Between the Chapter 7 Trustee and the New Era Defendants*(the "Motion") filed by Ron Satija, the Chapter 7 Trustee for the bankruptcy estate of the above-captioned debtor (the "Trustee") seeking approval pursuant to Federal Rule of Bankruptcy Procedure 9019 of the Settlement Agreement attached as Exhibit A to the Motion.

The Court, after due deliberation and consideration of the pleadings, evidence, and arguments as well as the pleadings, evidence, and arguments of any opposition, finds that the Motion should be granted as set forth herein.

Accordingly, the Court:

**FINDS** that the Settlement Agreement satisfies the factors set forth in *in re Jackson Brewing Co.*, 624 F.2d 599, 602 (5th Cir. 1980), and is fair, equitable, and in the best interest of the estate; the Court further

**FINDS** that the proposed division of the recovery-namely, $650,000 to the bankruptcy estate for Acacia Resources, LLC and $350,000 to the State of New Mexico-is appropriate under the facts and circumstances of the case.

Accordingly, based on the foregoing recitations and findings, it is hereby:

**ORDERED** that the Settlement Agreement attached as Exhibit A to the Motion is approved; it is further

**ORDERED** that the proposed division of the recovery-namely, $650,000 to the bankruptcy estate for Acacia Resources, LLC and $350,000 to the State of New Mexico-is approved; it is further

**ORDERED** that this Court retains jurisdiction related to interpretation of enforcement or interpretation of this Order.

### END OF ORDER ###

Order Prepared By:

**HAYWARD PLLC**

*/s/Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
Telephone: (737) 881-7100
Email: cshelton@haywardfirm.com

***Counsel for the Chapter 7 Trustee***