**IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ACACIA OPERATING COMPANY, LLC | § | CASE NO. 24-70194-SMR |
| Debtor. | § | CHAPTER 7 |
| | § | |

**NOTICE OF AGREEMENT ON EXTENSION
OF TIME TO FILE RESPONSE TO 9019 MOTIONS**

Marquis Reed Gilmore Jr., Gilmore Oil & Gas, LP, Bluebird Energy Corporation, and Cibolo Energy (the "Gilmore Parties"), the Ron Satija, Chapter 7 Trustee ("Trustee") and State of New Mexico and the Oil Conservation Division of the New Mexico Energy, Minerals, and Natural Resources Department ("State of New Mexico," and together with the Gilmore Parties and the Trustee, the "Parties"), through their respective counsel, enter into this *Stipulation* ("Stipulation") *Between Gilmore Parties, Chapter 7 Trustee and the State of New Mexico Extending Time for Response to Motion Pursuant to Bankruptcy Rule 9019 for Entry of Order Approving Settlement Between the Chapter 7 Trustee and the State of New Mexico and the Oil Conservation Division of the New Mexico Energy, Minerals and Natural Resources Department* [Docket No. 161] and *Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement Between Chapter 7 Trustee and the New Era Defendants* [Docket No. 162] (together, the "9019 Motions") and hereby stipulate and agree as follows:

1. The Parties have agreed that the time within which the Gilmore Parties may answer or respond to the 9019 Motions is hereby extended to and including **June 18, 2026**.

Dated: June 11, 2026

/s/ *Jennifer F. Wertz*

**JACKSON WALKER LLP**
Jennifer F. Wertz (TX Bar No. 24072822)
Beau H. Butler (TX Bar No. 24132535)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Email: jwertz@jw.com
Email: bbutler@jw.com

**JACKSON WALKER LLP**
Robert L. Soza, Jr. (TX Bar No. 18869300)
Reagan M. Marble (TX Bar No. 24087971)
Brandon Durrett (TX Bar No. 24061059)
Robert M. Biedrzycki (TX Bar No. 24111174)
1900 Broadway, Suite 1200
San Antonio, TX 78215
Telephone: (210) 978-7000
Email: rsoza@jw.com
Email: rmarble@jw.com
Email: bdurret@jw.com
Email: bbiedrzycki@jw.com

***Counsel to Marquis Reed Gilmore Jr, Gilmore Oil & Gas, LP, Bluebird Energy Corporation, and Cibolo Energy***

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of June 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic notification system upon the following:

**Debtor**
Acacia Operating Company, LLC
PO Box 1110
Boerne, TX 78006

**Chapter 7 Trustee**
Herbert C. Shelton, II
Hayward PLLC
7600 Burnet Rd., Suite 530
Austin, TX 78757
cshelton@haywardfirm.com

**Counsel for the Debtor**
Brandon John Tittle
Tittle Law Firm, PLLC
13155 Noel Drive, Suite 900
Dallas, TX 75240
btittle@tittlelawgroup.com

**Midland County**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
PO Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**State of New Mexico and the Oil Conversation Division**
William G., Grantham
Esther C. Jamison
Assistant Attorney Generals
Environmental Protection Division
408 Galisteo Street
Santa Fe, NM 87501
wgrantham@nmdoj.gov
ejamison@nmdoj.gov

**New Mexico Oil Conversation Division**
Jessee K. Tremaine
Michael Hall
Assistant General Counsel
Oil Conservation Division
Energy, Minerals and Natural Resources Department
1220 South S. Francis Dr.
Santa Fe, NM 87505
jessek.tremaine@emnrd.nm.gov

**Midland Central Appraisal District**
Julie Ann Parsons
McCreary Veselka Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680
jparsons@mcbalaw.com

**New Mexico State Land Office**
Lynn Hamilton Butler
Husch Blackwell
111 Congress Avenue, Suite 1400
Austin, TX 78701
lynn.butler@huschblackwell.com

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz

55380465v.1 172601/00001