**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 24-70194-SMR** |
| **Acacia Operating Company, LLC** | § | |
| | § | |
| **Debtor(s)** | § | **Chapter 7** |

**APPLICATION FOR RETENTION OF ACCOUNTANT**
**PURSUANT TO 11 U.S.C §327(a)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed with 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 903 San Jacinto Blvd., Suite 322, Austin, Texas 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. The applicant is Ron Satija, Chapter 7 Trustee, in this case which was originally filed under Chapter 7 on December 27, 2024.

2. The Applicant seeks to employ John Mosley as his certified public accountant. It is in the best interest of the estate that John Mosley be employed to advise the Trustee regarding tax matters affecting the estate and to prepare all necessary income tax returns for the estate.

3. John Mosley represents no interest adverse to the estate. Attached hereto as Exhibit "A" and "B", respectively, are the Disclosure of Compensation under 11 U.S.C. §329 and Bankruptcy Rule 2016(b) and the affidavit of John Mosley that he has no interest adverse to this estate.

4. No other professionals in the same profession have been previously employed pursuant to Court order in this case.

5. John Mosley will be compensated pursuant to the employment contract as Exhibit "C". The hourly rates charged are as follows: accountant is $200.00 per hour. No compensation

will be paid until a fee application has been filed and approved by the court, pursuant to 11 U.S.C. §328(a) and the requirements of any other applicable case law.

6.      Pursuant to 11 U.S.C. §503(b), the applicant requests permission from the Court authorizing and approving the payment of any Estate taxes that may be due as a result of the filed tax return.

WHEREFORE, Ron Satija, Chapter 7 Trustee, prays that he be authorized to retain certified public account John Mosley as his accountant in the above Chapter 7 proceeding, and for such other relief as is just.

Respectfully submitted,

/s/ Ron Satija
Ron Satija, Trustee
SBT 24039158
PO Box 660208
Austin, TX 78766-7208
Tel/Fax: (512) 733-1311
Email: rsatija@satijatrustee.com

## CERTIFICATE OF SERVICE

The signature above certifies that notice of this application has been served on those shown on the attached matrix, via a noticing service, and a true and correct copy of the foregoing document has been served by first class, U.S. mail, postage prepaid within two days of June 20, 2026, on:

Acacia Operating Company, LLC
505 N Big Spring St., Ste. 303
Midland, TX 79701

United States Trustee – MD12
230 Homer Thornberry Judicial Bldg.
903 San Jacinto Blvd.
Austin, TX 78701-2450

Brandon John Tittle
Tittle Law Group, PLLC
1125 Legacy Dr., Ste. 230
Frisco, TX 75034

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 24-70194-SMR** |
| **Acacia Operating Company, LLC** | § | |
| | § | |
| **Debtor(s)** | § | **Chapter 7** |

**DISCLOSURE OF COMPENSATION UNDER**
**11 U.S.C. §329 AND BANKRUPTCY RULE 2016(b)**

I certify that I am the certified public accountant for the Trustee in this case, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in such capacity in, or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

| | |
|---|---|
| Amount paid: | None |
| Amount to be paid: | Hourly at $200 Per Hour |
| Property transferred to accountant: | None |
| Collateral held by accountant: | None |
| The source of the compensation already paid was | None |

I have not agreed to share this compensation with any other person.

Dated: March 14, 2026

/s/ John Mosley
John Mosley
SBN: 14581640
3834 Spicewood Springs Road Ste 202
Austin, Texas 78759
Tel: (512) 327-7777
Fax: (512) 852-4777

**EXHIBIT "B"**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 24-70194-SMR** |
| **Acacia Operating Company, LLC** | § | |
| | § | |
| **Debtor(s)** | § | **Chapter 7** |

I, John Mosley, make solemn oath:

1.      "I am an accountant and am duly licensed to practice in the State of Texas.

2.      "I maintain my office at 3834 Spicewood Springs Road Suite 202, Austin, Texas, 78759.  The telephone number is (512) 327-7777.

3.      "I do not hold or represent an interest adverse to the estate on the matters on which I am to be employed, and I am a `disinterested person' as defined in 11 U.S.C. §101(14).  I have not had any connection with the debtor, creditors, or parties in interest, except as follows: I have been employed by the trustee in other bankruptcy cases.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. "

Executed on March 14, 2026.

/s/ John Mosley
John Mosley
SBN: 14581640
3834 Spicewood Springs Road Ste 202
Austin, Texas 78759
Tel:  (512) 327-7777
Fax: (512) 852-4777

**EXHIBIT "C"**

AGREEMENT FOR PROFESSIONAL SERVICES

AGREEMENT made effective March 14, 2026, at 3834 Spicewood Springs Road, Suite 202, Austin, Texas 78759 between John Mosley, located at the address stated above, (the "Accountant") and Ron Satija, Trustee (the "Client").

RECITALS

In consideration of the mutual promises contained in this contract, the parties agree as follows:

Terms of Agreement

1.      This agreement shall be effective as of the day of execution and shall continue in effect until the services provided for have been performed.

2.      The accountant agrees to advise the client regarding tax matters and to prepare all necessary tax returns for the client concerning the estate in Case No.24-70194-SMR, styled In Re: Acacia Operating Company, LLC, Debtor(s), in the United States Bankruptcy Court, Western District of Texas, Midland Division.

Compensation of Accountant

3.      In consideration of the services to be performed by the Accountant, the Client agrees to compensate the Accountant for the services rendered at the rate of $200.00 per hour for Accountant's services.

Expenses

4.      Additionally, the Client agrees to reimburse the Accountant for any reasonable expenses incurred by the Accountant in performing the agreed services for the Client.  Such expenses shall include, but are not limited to, postage, copies ($.25 per page), facsimiles ($.75 per page), filing fees, and the like.

Entire Agreement

5.      This agreement constitutes the sole and only agreement of the parties to it and supersedes any prior understandings or oral agreements between the parties respecting this subject matter.  Any oral representations or modifications concerning this instrument shall be of no force or effect excepting a subsequent modification in writing, signed by the party to be charged.

Governing Law

6.      This agreement shall be construed under and in accordance with the laws of the State of Texas.

Successors and Assigns

7.      This agreement shall be binding on and inure to the benefit of the parties to it and their respective heirs, executors, administrators, legal representatives, successors, and assigns when permitted by this agreement.

Bankruptcy Court Approval

8.      This agreement, including the compensation and reimbursement of expenses to be paid to Accountant, are subject to the approval of the United States Bankruptcy Court for the Western District of Texas, Austin Division.

Trustee Liability

9.      The compensation and reimbursement of expenses to be paid to Accountant shall be paid from the assets of the estate, if any.  The trustee has no individual liability for the payment of compensation and reimbursement expenses provided for herein.

Executed at Austin, Texas on March 14, 2026.

Accountant:                                                    Client:

/s/ John Mosley_____                 /s/ Ron Satija_____
John Mosley                                                   Ron Satija

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 24-70194-SMR** |
| **Acacia Operating Company, LLC** | § | |
| | § | |
| **Debtor(s)** | § | **Chapter 7** |

## NOTICE OF EMPLOYMENT OF PROFESSIONAL PURSUANT TO 11 U.S.C § 327(a)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed with 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 903 San Jacinto Blvd., Suite 322, Austin, Texas 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

| | |
|---|---|
| Name of client: | Ron Satija, Trustee |
| Identity of professional: | John Mosley, 3834 Spicewood Springs Road Ste 202, Austin, Texas 78759<br>Telephone: (512) 327-7777; Fax: (512) 852-4777 |
| Nature of profession: | Certified Public Accountant |
| Conflicts: | None. |
| Retainer: | None. |
| Proposed compensation: | Accountant at $200.00 hourly. |
| Scope of Services | Advise Trustee on tax matters and prepare estate tax returns. |
| List of other professionals in case: | N/A |

/s/ Ron Satija
Ron Satija
State Bar No. 24039158
PO Box 660208
Austin, Texas 78766-7208
Tel/Fax: (512) 733-1311
Email: rsatija@satijatrustee.com

**CERTIFICATE OF SERVICE**

The signature above certifies that a true and correct copy of the foregoing document has been served by first class U.S. mail, via a noticing service, within two business days of June 20, 2026, on the below and the attached matrix.