**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC | ) ) | Case No. 24-70194-SMR |
| Debtor. | ) ) ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE AND NOTICE**

**PLEASE TAKE NOTICE** that the undersigned counsel represents Everett Willard Gray II, Solis Partners, LLC, Pecos Slope Holdings, LLC, New Era Energy & Digital, Inc., First Gray Corporation, and WS Oil and Gas, Ltd. (collectively, the "***New Era Defendants***") in the above-referenced chapter 7 case and files this *Notice of Appearance and Request for Service and Notice* (this "***Notice of Appearance***") pursuant to section 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***") and rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and requests that copies of all notices and pleadings given or required to be given in this chapter 7 case be served upon:

> Bradley R. Foxman
> **VINSON & ELKINS LLP**
> 2001 Ross Avenue, Suite 3900
> Dallas, TX 75201
> Tel: (214) 220-7700
> Fax: (214) 220-7716
> bfoxman@velaw.com

**PLEASE TAKE FURTHER NOTICE** that the above request includes all notices required by the Bankruptcy Code and the Bankruptcy Rules and also includes, without limitation, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, and whether transmitted or conveyed by mail, delivery,

4901-5760-2999

telephone or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced chapter 7 case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the New Era Defendants do not consent to or waive any rights, claims, actions, or defenses through the filing and service of this Notice of Appearance with respect to jurisdiction under the Bankruptcy Code, and strictly reserves such rights, including: (i) the right to trial by jury in any proceeding triable in this chapter 7 case or any case, controversy, or proceeding related to this chapter 7 case, (ii) the right to have final orders in non-core matters entered only with *de novo* review by the applicable United States District Court for the Western District of Texas, and (iii) the right to seek to withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

[*Remainder of Page Intentionally Left Blank*]

4901-5760-2999

Dated:  June 25, 2026
Dallas, Texas

Respectfully submitted,

*/s/ Bradley R. Foxman*
**VINSON & ELKINS LLP**
Bradley R. Foxman (TX 24065243)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone:  (214) 220-7700
bfoxman@velaw.com

**COUNSEL TO THE NEW ERA
DEFENDANTS**

4901-5760-2999

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 25, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas.

/s/ Bradley R. Foxman
One of Counsel

4901-5760-2999