

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: June 26, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 7 |
| ACACIA OPERATING COMPANY, LLC, | § | Case No. 24-70194-SMR |
| | § | |
| Debtor | § | |

**ORDER CONFIRMING INAPPLICABILITY OF THE AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. § 362(B)(4) TO THE STATE'S ACTION AGAINST DEBTOR**

**CAME ON FOR CONSIDERATION** the State of New Mexico's *Motion to Determine Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4) to the State's Action Against Debtor*, seeking a determination that the State's state-court action is excepted from the automatic stay pursuant to 11 U.S.C. § 362(b)(4) as a police and regulatory action,  and notice having been adequate and appropriate under the circumstances; and this Court having determined

1

that the legal and factual bases set forth in the Motion, and after due deliberation, establish just cause for the relief granted herein, it is:

ORDERED that the Motion is GRANTED and the State's state-court action is excepted from the automatic stay as a police and regulatory action pursuant to 11 U.S.C. § 362(b)(4); and it is also

ORDERED that:

1. The State may move forward with its state-court action, but if the state court assesses any fines, penalties, or other amounts against the Debtor, the State shall seek to collect those amounts through this bankruptcy proceeding;

2. This Order is effective immediately; and

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.



### # # # END OF ORDER # # #