**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 26, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ACACIA OPERATING COMPANY, LLC, | § | CASE NO. 24-70194-SMR |
| | § | |
| DEBTOR. | § | |
| | § | CHAPTER 7 |
| | § | |

### ORDER DENYING MOTION TO APPROVE SALE OF
### CERTAIN OIL AND GAS LEASES AND RELATED PROPERTY
### (Relates to ECF No. 93)

On March 3, 2026, Ron Satija (the "Trustee"), filed a *Motion to Approve Sale of Certain Oil and Gas Leases and Related Property* (the "Motion to Sell") at ECF No. 93. On June 26, 2026, the Court held a hearing in the above-captioned case on the Motion to Sell and various other matters. For the reasons set forth on the record, the Court finds that the Motion to Sell should be denied without prejudice. Accordingly,

**IT IS THEREFORE ORDERED** the Motion to Sell at ECF No. 93 is denied without prejudice.

1

2

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

2