**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 26, 2026.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Chapter 7** |
| **ACACIA OPERATING COMPANY,** | § | |
| **LLC,** | § | **Case No. 24-70194-SMR** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| **IN RE:** | § | |
| | § | **Chapter 7** |
| **ACACIA RESOURCES, LLC,** | § | |
| | § | **Case No. 24-70195-SMR** |
| | § | |
| **Debtor.** | § | |

**ORDER LIFTING THE STAY AS TO THE STATE'S ACTION AGAINST DEBTORS**

      **CAME ON FOR CONSIDERATION** June 26, 2026, the State of New Mexico's *Motion*

*to Lift the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* ("Lift Stay Motion") (Dkt. 141),

which asks the Court to lift the automatic stay so that it may pursue the state-law causes of action brought against the Debtors and other non-debtor entities in the First Judicial District Court for the County of Santa Fe, New Mexico, Case Number D-101-CV-2025-03283 ("State Court Action").

Notice having been adequate and appropriate under the circumstances, and for the reasons stated on the record it is:

ORDERED that the Motion is GRANTED and the stay is lifted as to all causes of action in the State Court Action, and it is

ORDERED that:

1. The abeyance in the New Mexico State Court Action may be lifted;

2. The State may prosecute all claims in its State Court Action;

3. This Order is effective immediately; and

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.

**# # # END OF ORDER # # #**